## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>Donna B. Bolton<br><br>Debtor | Chapter 13<br><br>Case No. 17-12336-KHK |

## TRUSTEE'S CERTIFICATION OF DEFAULT AND REQUEST FOR ENTRY OF ORDER OF DISMISSAL

Thomas P. Gorman, Trustee, hereby certifies Debtor's default under this Court's Amended Order Confirming Plan (Dkt #32), and states in support thereof the following:

1. The Petition herein was filed on July 7, 2017.

2. Initial Plan confirmation was achieved by virtue of an Order Confirming Plan entered on October 3, 2017 (Dkt. #14).

3. Debtor defaulted on her obligations under the confirmed Plan by failing to make timely Plan payments. Trustee filed a Motion to Dismiss.

4. In Order to resolve Trustee Motion to Dismiss, an Amended Order Confirming Plan was entered on April 1, 2019 (Dkt #32), which provided, in pertinent part, as follows:

*(7) Because this amendment to the Order Confirming Plan is a concession to Debtor to allow her to address her prior Plan default(s), the case shall be dismissed without further notice or hearing upon the filing by the Trustee of a certification stating any of the following: a) Debtor failed to make a payment hereunder within 30 days of when it was due; or b) Debtor failed to provide copies of her federal and state tax returns to the Trustee by April 16, 2018 or April 16 of each year following during the remaining term of the Plan.*

**Trustee's Certification of Default and Request for Entry of Order of Dismissal**
Donna B. Bolton, Case # 17-12336-KHK

5. Trustee hereby certifies that, as of June 8, 2020, Debtor has not made a Plan payment since March 2, 2020.

WHEREFORE, Trustee prays for entry of an Order of Dismissal.

Date: _June 8, 2020_____          ___/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman
                                    Chapter 13 Trustee
                                    300 N. Washington St., Ste. 400
                                    Alexandria, VA 22314
                                    (703) 836-2226
                                    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of June, 2020, mailed a true copy of the foregoing Trustee's Certification of Default and Request for Entry of Order of Dismissal to the following parties.

| | |
|---|---|
| Donna B. Bolton | John C. Morgan, Jr., Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 2540 Kingswood Ct. | New Day Legal, PLLC. |
| Woodbridge, VA 22192 | 98 Alexandria Pike, Ste. 10 |
| | Warrenton, VA 20186 |

                                    __/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman